**Johnston A. Mitchell**, OSB No. 92406
johnstonm@mcewengisvold.com
McEWEN GISVOLD LLP
1600 SW Sixth Avenue
Portland, OR 97204
Telephone: (503) 226-7321
Facsimile: (503) 243-2687

Of Attorney for Debtor Richard Ray Mabe

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| In re: | Bankruptcy Case No. 05-30317-rld7 |
|---|---|
| RICHARD RAY MABE, | **DEBTORS' MOTION TO REOPEN CASE** |
| Debtor. | |

Debtor Richard Ray Mabe ("Debtor") moves to reopen this bankruptcy to avoid a judicial lien. A case can be reopened to avoid a judicial lien. *In re Chabot*, 992 F.2d 891 (9th Cir. 1993) (reversed on other grounds by Bankruptcy Reform Act of 1994). The court entered an Order Discharging Debtors; Order Discharging Trustee and Closing No Asset Estate on May 6, 2005. Debtor has paid any additional filing fee. The attached certificate



///

///

///

///

///

///

PAGE 1 – DEBTOR'S MOTION TO REOPEN CASE

of service lists Debtors' current mailing addresses. Debtor makes this motion pursuant to 11 U.S.C. § 350(b), Bankruptcy Rule 5010 and 9024, and LBR 5010-1.

DATED: June 23, 2006

McEWEN GISVOLD LLP

By: _____
Johnston A. Mitchell, OSB No. 92406
Telephone: (503) 226-7321
Of Attorneys for Debtor Richard Ray Mabe

PAGE 2 – DEBTOR'S MOTION TO REOPEN CASE

## CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2006, I served a copy of the foregoing **DEBTOR'S MOTION TO REOPEN CASE** on the parties at the addresses listed below by mailing full, true and correct copies thereof in sealed, first-class, postage prepaid envelopes and deposited in the United States Postal Service at Portland, Oregon, and as shown below:

Richard Ray Mabe
10229 S. Comer Creek Drive
Molalla, Oregon 97038

US Trustee
620 S.W. Main Street, Room 213
Portland, Oregon 97205

Chapter 7 Trustee
Michael A. Grassmueck, Inc.
P.O. Box 5248
Portland, Oregon 97208-5248

Dated June 23, 2006

McEWEN GISVOLD LLP

By: _____
Johnston A. Mitchell, OSB No. 92406
Telephone: (503) 226-7321
Of Attorneys for Debtor Richard Ray Mabe

PAGE 1 – CERTIFICATE OF SERVICE