**Johnston A. Mitchell**, OSB No. 92406
johnstonm@mcewengisvold.com
McEWEN GISVOLD LLP
1600 SW Sixth Avenue
Portland, OR 97204
Telephone: (503) 226-7321
Facsimile: (503) 243-2687
Proposed Attorney for Debtors

CLERK US BANKRUPTCY COURT
DISTRICT OF OREGON

'06 AUG -3 P1 :57

LODGED_____ REC'D CR
PAID_____ DOCKETED_____

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re:<br><br>RICHARD RAY MABE,<br><br>      Debtor. | Bankruptcy Case No. 05-30317-rld7<br><br>DEBTOR'S MOTION FOR SUBSTITUTION OF ATTORNEY |

  McEwen Gisvold LLP, through the undersigned counsel, moves for an Order allowing Johnston A. Mitchell and the law firm of McEwen Gisvold LLP to substitute as attorneys of record for debtor Richard Ray Mabe in place of D. Craig Mikkelsen. The debtor seeks this substitution for the remainder of the case.

Respectfully submitted, August 3, 2006.

                McEWEN GISVOLD LLP

                By: _____
                  Johnston A. Mitchell, OSB No. 92406

Page 1 – DEBTOR'S MOTION FOR SUBSTITUTION OF COUNSEL

MCEWEN GISVOLD LLP
Attorneys at Law
1100 SW Sixth Avenue, Suite 1600
Portland, Oregon 97204
Telephone (503) 226-7321
Facsimile (503) 243-2687

# CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2006, I served a copy of the foregoing **(A) DEBTOR'S MOTION FOR SUBSTITUTION OF COUNSEL; AND (B) [PROPOSED] ORDER GRANTING DEBTOR'S MOTION FOR SUBSTITUTION OF ATTORNEY** on the parties at the addresses listed below by mailing full, true and correct copies thereof in sealed, first-class, postage prepaid envelopes and deposited in the United States Postal Service at Portland, Oregon, on the date set forth below:

Richard Ray Mabe
10229 S. Comer Creek Drive
Molalla, Oregon 97038

Michael A. Grassmueck, Inc.
P.O. Box 5248
Portland, Oregon 97208-5248

US Trustee
620 S.W. Main Street, Room 213
Portland, Oregon 97205

D. Craig Mikkelsen
107 S. Molalla Ave.
P.O. Box 307
Molalla, Oregon 97038

Dated August 3, 2006.

By: _____
Johnston A. Mitchell, OSB No. 92406
Telephone: (503) 226-7321
Attorney for Debtor

PAGE 1 – CERTIFICATE OF SERVICE

MCEWEN GISVOLD LLP
Attorneys at Law
1100 SW Sixth Avenue, Suite 1600
Portland, Oregon 97204
Telephone (503) 226-7321
Facsimile (503) 243-2687